%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
State Farm Mutual Automobile Insurance Company as subrogee of/and Sam J. Collett, Jr.

## DEFENDANTS
United States of America, United States Postal Service, and Charles Nercier

(b) County of Residence of First Listed Plaintiff   USA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   USA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Charles S. Green, Jr.
145 Robert E. Lee Boulevard, Suite 408, New Orleans, LA 70124
(504) 288-2000

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability |  | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  |  / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C., §§1346(b); 2671-2680
Brief description of cause:
Auto Subrogtaion - Auto accident which occurred on or about 9/04/08

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE  1/20/10
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF LOUISIANA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY AS SUBROGEE<br>AND/OF SAM J. COLLETT, JR. | CIVIL ACTION NO. |
| VERSUS | SECTION " " |
| UNITED STATES OF AMERICA<br>UNITED STATES POSTAL SERVICE<br>AND CHARLES NERCIER | MAGISTRATE ( ) |

## COMPLAINT

NOW COMES, NOW COME, Petitioners, State Farm Mutual Automobile Insurance Company, a foreign insurer authorized to do and doing business in the State of Louisiana, and Sam J. Collett, Jr., a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana who files this Complaint against the United States of America, through the United States Postal Service, and Charles Nercier shows this Court the following:

**Statement of Jurisdiction**

Petitioner, Sam J. Collett, Jr., a person of full age and majority domiciled in the Parish of St. Tammany, State of Louisiana, alleges acts of negligence against the United States of America through the United States Postal Service, individually and its employee/agent, Charles Nercier pursuant to 28 U.S.C., §§1346(b); 2671-2680. Therefore, jurisdiction of this Honorable Court is proper.

## Personal Jurisdiction and Venue

Defendant, the United States of America, United States Postal Service is subject to the personal jurisdiction of this Court as any actions involving Federal Tort claims must be brought against Defendant, the United States of America, United States Postal Service, for alleged negligence of its employees/agents.

Venue is proper as the events giving rise to the claim occurred on September 4, 2008, at the intersection of North Taylor Street and Hwy 190 in Covington, Louisiana, which is within the district of this Honorable Court.

## **COUNT ONE**

Petitioner alleges acts of negligence against the United States of America, United States Postal Service and its employee/agent, Charles Nercier who are made defendants herein for the following reasons to wit:

1.

On or about September 4, 2008 at about 11:10 a.m., Petitioner, Sam J. Collett Jr. was operating his 2001 Infiniti QXI in a safe and prudent manner, while traveling in a western direction on Hwy 190 near the intersection of North Taylor Street in the Parish of St. Tammany, State of Louisiana.

2.

At approximately the same time and place, Defendant, Charles Nercier, who was acting as an employee/agent of Defendants, United States of America, United States Postal Service was operating a 1988 LLV-A Mail Carrier, while traveling in a southern direction on North Taylor Street in the Parish of St. Tammany, State of Louisiana.

3.

As Petitioner, Sam J. Collett Jr. proceeded through the intersection at Hwy 190 and North Taylor Street, Defendant, Charles Nercier failed to use reasonable vigilance before entering the intersection and suddenly, unexpectedly, and without warning, caused the collision, and resulted in property damage.

4.

All of the aforementioned Defendants are jointly, severally and in solido liable unto Petitioner for a reasonable sum in the premises, together with legal interest thereon from the date of judicial demand until paid, and for all cost of these proceedings.

5.

The aforementioned Defendants, United States of America, United States Postal Service, and Charles Nercier, are liable for their own negligence, the negligence of its employees/agent, and things in their custody and control, namely the automobile.

6.

Defendants, Charles Nercier and United States of America, United States Postal Service are liable unto Petitioner for their own negligence and the negligence of its employee/agent under the Doctrine of Respondent Superior, which includes, but is not limited to the following;

    a.    In failing to yield to the favored lanes of travel;

    b.    Failure to keep a proper lookout;

    c.    Failure to make timely application of her brakes to avoid the collision;

    d.    Failure to exercise reasonable vigilance,

    e.    Failure to maintain reasonable and proper control of her vehicle;

 f. Operating the vehicle under his control in a reckless and negligent manner;

 g. Failing to see what he should have seen;

 h. The United States of America, United States Postal Service's failure to properly train;

 i. The United States of America, United States Postal Service's failure to properly supervise; and

 j. Any and all other acts of negligence which might be shown at the time of trial in this matter.

7.

Petitioner, Sam Collett Jr., is entitled to an amount in damages reasonably calculated to compensate for the damages sustained, which includes but is not limited to:

 a. Property damage to Petitioner's vehicle;

 b. Loss of enjoyment of life; and

 c. Any and all other damages cognizable by the Constitution of the State of Louisiana and the United States Constitution.

8.

Pursuant to the terms of the contract existing between Sam Collett Jr. and State Farm Mutual Automobile Insurance Company, and by principles of legal and conventional subrogation, State Farm is entitled to pursue this claim to recover any and all sums paid by State Farm to or on behalf of Sam Collett Jr.

9.

Further, pursuant to the contract of insurance, Sam Collett Jr. was required to pay a deductible and other related expenses and is entitled to recover this amount from the defendant.

10.

Petitioner avers amicable demand to no avail.

WHEREFORE, Petitioners, State Farm Mutual Automobile Insurance Company and Sam Collett Jr. prays that this Complaint be filed and that Defendants, United States of America, United States Postal Service and Charles Nercier, be duly cited and served with a copy of same, to appear and answer same and after all delays and due proceedings are had that there be judgment herein in favor of Petitioners, State Farm Mutual Automobile Insurance Company and Sam Collett Jr., and against, Defendants, United States of America, United States Postal Service and Charles Nercier, jointly, severally and in solido in an amount reasonably calculated to compensate Petitioner for her damages, together with legal interest thereon, from date of judicial demand until paid and for all costs of the proceedings and all general and equitable relief this Honorable Court deems necessary.

Respectfully submitted,
BEAHM & GREEN

_____
CHARLES S. GREEN, JR. (# 21627)
KELLY E. RANSOM (#31926)
SHELLY CHIAPPETTA (#22666)
   Attorney for Plaintiffs
145 Robert E. Lee Boulevard, Suite 408
New Orleans, Louisiana 70124
Telephone (504) 288-2000
Facsimile (504) 288-2099

*PLEASE SERVE*

**CHARLES NERCIER**
74 Park Lane
Folsom, LA 70437

**DAVID C. WILLIAMS**
Inspector General
United States Postal Service
1735 N. Lynn Street
Arlington, VA 22209-2020

**JIM LETTIN**
U.S. Attorney for the Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, Louisiana 70130

**THE HONORABLE ERIC HOLDER**
Attorney General of the United States
Department of Justice
950 Pennsylvania Ave, NW
Washington D.C. 20530